■ RICHARD SCHAEFER et al., Respondents, v JILL DEHAUSKI, Appellant. (Appeal No. 2.) [855 NYS2d 389]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered May 25, 2007. The order, following a hearing, directed defendant to remove a portion of the fence erected on her property.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs.

Same memorandum as in *Schaefer v Dehauski* (50 AD3d 1502 [2008]). Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.